MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Fax: (702) 792-9002
ferrariom@gtlaw.com
miltenbergerc@gtlaw.com
*Attorneys for Defendant/Counterclaimant,*
TROPICANA LAS VEGAS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company,<br><br>                Plaintiff,<br><br>vs.<br><br>TROPICANA LAS VEGAS, INC., a Nevada corporation,<br><br>                Defendant. | Case No.: 2:14-cv-01232-APG-GWF<br><br>**[PROPOSED]**<br>**ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANT/COUNTERCLAIMANT TROPICANA LAS VEGAS, INC.** |
| TROPICANA LAS VEGAS, INC., a Nevada corporation,<br><br>                Counterclaimant,<br><br>vs.<br><br>RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company; DOES 1-5; and ROES 1-5, inclusive,<br><br>                Counterdefendants. | |

([PROPOSED] is shown with strikethrough.)

Based on the Substitution of Counsel for Defendant/Counterclaimant Tropicana Las Vegas, Inc. filed on January 22, 2016, and for good cause appearing,

IT IS HEREBY ORDERED that the Motion for Substitution of Counsel for Defendant/Counterclaimant Tropicana Las Vegas, Inc. is GRANTED.

1

*CHI 66611839v2*

Copies of all future pleadings, orders, notices and records should be served upon Mark E. Ferrario, Esq., and Christopher R. Miltenberger, Esq. of the law firm GREENBERG TRAURIG, LLP.

IT IS SO ORDERED.

Dated this 25th day of January, 2016.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

2

*CHI 66611839v2*