CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

PERRY M. AMSELLEM, ESQ. (*admitted pro hac vice*)
pamsellem@pryorcashman.com
BENJAMIN K. SEMEL, ESQ. (*admitted pro hac vice*)
bsemel@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10022
Telephone:   (212) 421-4100
Facsimile:   (212) 798-6386

*Attorneys for Plaintiff*
*RKF Retail Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>TROPICANA LAS VEGAS, INC., a Nevada corporation,<br><br>Defendant. | Case No.: 2:14-cv-01232-APG-GWF<br><br>*Consolidated with:*<br>Case No.: 2:15-cv-01446-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| TROPICANA LAS VEGAS, INC., a Nevada corporation,<br><br>Counterclaimant,<br><br>v.<br><br>RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company; DOES 1-5; and ROES 1-5, inclusive<br><br>Counterdefendants. | |

1

RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company,

                    Plaintiff,

vs.

EASTERN REAL ESTATE, LLC, a Massachusetts limited-liability company,

                    Defendant.

      Defendant/Counterclaimant Tropicana Las Vegas, Inc. ("Tropicana") filed a Motion for Summary Judgment on November 4, 2016 (ECF No. 64).  The present deadline for RKF Retail Holdings, LLC ("RKF") to file its response to Tropicana's Motion for Summary Judgment is Monday, November 28, 2016, the day after the Thanksgiving Holiday weekend.  RKF's lead counsel's offices are closed for Thanksgiving starting mid-day on November 23 and re-open the day its answering papers are otherwise due, on November 28.  In light of the holiday and RKF's request for an extension of time, Tropicana is agreeable to extending the deadline for RKF to respond to the Motion for Summary Judgment.  Accordingly, Tropicana's counsel offered to extend the deadline to December 16, 2016.  This is the first stipulation extending the time for RKF to file its response.

      Based on the foregoing, IT IS HEREBY STIPULATED by and between Tropicana and RKF, through their respective counsel of record, that RKF shall have an extension of time to

file its response to Tropicana's Motion for Summary Judgment until December 16, 2016.

DATED this 22nd day of November, 2016.

          CAMPBELL AND WILLIAMS

By: /s/ J. Colby Williams
J. COLBY WILLIAMS, ESQ. (5549)
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone:  (702) 382-5222
Facsimile:  (702) 382-0540

PERRY M. AMSELLEM, ESQ.
*admitted pro hac vice*
pamsellem@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10022
Telephone:  (212) 421-4100
Facsimile:  (212) 798-6386

*Attorneys for Plaintiff/Counterdefendant*
*RKF Retail Holdings, LLC*


          GREENBERG TRAURIG, LLP


By: /s/ Christopher R. Miltenberger
MARK E. FERRARIO, ESQ. (1625)
ferrariom@gtlaw.com
CHRISTOPHER R. MILTENBERGER, ESQ.
(10153) miltenbergerc@gtlaw.com
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002

*Attorneys for Defendant/Counterclaimant*
*Tropicana Las Vegas, Inc.*


IT IS SO ORDERED:

_____
 UNITED STATES DISTRICT JUDGE
Dated: November 22, 2016.

3