MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
       miltenbergerc@gtlaw.com
*Counsel for Defendant TROPICANA LAS VEGAS, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TROPICANA LAS VEGAS, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:14-cv-01232-APG-GWF<br><br>Consolidated with:<br>Case No. 2:15-cv-01446-APG-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR LEAVE TO DISCLOSE EXPERT WITNESS AND SUBMIT FINAL EXPERT DAMAGES REPORT [Dkt. #84] AND MOTION TO COMPEL DEFNEDANT TROPICANA LAS VEGAS, INC. TO RESPOND TO PLAINTIFF'S FIFTH REQUEST FOR THE PRODUCTION OF DOCUMENTS [Dkt. #85] AND TO EXTEND THE BRIEFING DEADLINES REGARDING THE SAME**<br><br>**(First Request)** |
| TROPICANA LAS VEGAS, INC., a Nevada corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company; DOES 1-5; and ROES 1-5, inclusive,<br><br>Counterdefendants. | |
| RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EASTERN REAL ESTATE, LLC, a Massachusetts limited-liability company,<br><br>Defendant. | |

CHI 68086634v2

1. Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, RKF Retail Holdings, LLC ("RKF"), Tropicana Las Vegas, Inc. ("Tropicana"), and Eastern Real Estate, LLC ("Eastern") agree and stipulate as follows: RKF filed its Motion for Leave to Disclose Expert Witness and Submit Expert Damages Report ("Motion for Leave") (Dkt. #84) on March 15, 2017, and its Motion to Compel Tropicana Las Vegas, Inc. to Respond to Plaintiff's Fifth Request for the Production of Documents ("Motion to Compel") (Dkt. #85) on March 16, 2017. The Court issued minute orders setting both the Motion for Leave and Motion to Compel for hearing on April 11, 2017 at 9:30 a.m. (Dkt. #86, Dkt. #87).

Counsel have irreconcilable conflicts with the current hearing date as it is scheduled during Passover and due because of out-of-state depositions occurring in this matter in the days immediately following the current hearing date. In light of these conflicts, the parties have agreed to continue the hearing from April 11, 2017 to May 5, 2017, to be set at a time convenient to the Court.

In light of the continuance of the hearing and counsels' existing professional obligations, including Tropicana's counsel's bench trial in another matter commencing on March 28, 2017 in the Eighth Judicial District Court, Clark County, Nevada, Tropicana and Eastern have requested an approximate one-week extension of time to file their Oppositions to the Motion for Leave and/or Motion to Compel. RKF is agreeable to the requested extension and to setting the deadline for filing any such Oppositions for April 7, 2017.

Due to RKF's counsel's professional obligations and in light of the continuance of the hearing date, RKF has requested an extension of time to file its Reply briefs until April 21, 2017. Tropicana and Eastern are agreeable to RKF's request.

This is the first stipulation seeking a continuance of the hearing on these Motions or for seeking an extension of the time for parties to file Oppositions and Replies to such Motions.

Based on the foregoing, IT IS HEREBY STIPULATED by and among RKF, Tropicana and Eastern, through their respective counsel of record, that the hearing on the Motion for Leave and Motion to Compel currently set for April 11, 2017 at 9:30 a.m. shall be CONTINUED to May 5, 2017, at a time determined by the Court.

2

*CHI 68086634v2*

IT IS FURTHER STIPULATED that the deadline for Tropicana and Eastern to file any Oppositions to the Motion for Leave or Motion to Compel shall be extended to April 7, 2017.

IT IS FURTHER STIPULATED that the deadline for RKF to file any Replies to the Motions for Leave or Motion to Compel shall be extended to April 21, 2017.

DATED this 23rd day of March, 2017.

    GREENBERG TRAURIG, LLP

By: /s/ Christopher R. Miltenberger
    MARK E. FERRARIO
    Nevada Bar No. 1625
    CHRISTOPHER R. MILTENBERGER
    Nevada Bar No. 10153
    3773 Howard Hughes Pkwy., Suite 400 N
    Las Vegas, NV 89169
*Counsel for Tropicana Las Vegas, Inc.*

DATED this 23rd day of March, 2017.

    KOLESAR & LEATHAM

By: /s/ Anthony L. Deprospo
    ROBERT J. CALDWELL
    Nevada Bar No. 007637
    400 S. Rampart Blvd., Suite 400
    Las Vegas, NV 89145

CHRISTOPHER A. KENNEY (*pro hac vice*)
ANTHONY L. DEPROSPO (*pro hac vice*)
KENNEY & SAMS, P.C.
225 Turnpike Rd.
Southborough, MA 01772
*Counsel for Eastern Real Estate, LLC*

DATED this 23rd day of March, 2017.

    CAMPBELL & WILLIAMS

By: /s/ Perry M. Amsellem
    DONALD J. CAMPBELL
    Nevada Bar No. 1216
    J. COLBY WILLIAMS
    Nevada Bar No. 5549
    700 S. Seventh St.
    Las Vegas, NV 89101

PERRY M. AMSELLEM (*pro hac vice*)
BENJAMIN K. SEMEL (*pro hac vice*)
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10022
*Counsel for RKF Retail Holdings, LLC*

**IT IS SO ORDERED:**

_/s/ George Foley Jr._
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** March 24, 2017

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002