| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF NEVADA** |
| | * * * |
| RKF RETAIL HOLDINGS, LLC, | Case No. 2:14-cv-01232-APG-GWF |
| Plaintiff, | Consolidated with: 2:15-cv-01446-APG-GWF |
| v. | |
| TROPICANA LAS VEGAS, INC., | **ORDER (1) DENYING AS MOOT MOTION FOR SUMMARY JUDGMENT AND (2) DIRECTING MOTION TO SEAL BE FILED IF ANY PARTY DETERMINES THAT ECF NO. 63 SHOULD REMAIN SEALED** |
| Defendant. | |
| | (ECF Nos. 63, 64) |
| RKF RETAIL HOLDINGS, LLC, | |
| Plaintiff, | |
| v. | |
| EASTERN REAL ESTATE LLC, | |
| Defendant. | |

Defendant Tropicana Las Vegas, Inc. filed a motion for summary judgment under seal (ECF No. 63) and filed a publicly accessible redacted version (ECF No. 64). I deny the motion for summary judgment without prejudice as moot because the parties are in the process of briefing summary judgment on a more fulsome evidentiary record following the close of discovery.[1] *See* ECF Nos. 89 (setting dispositive motion deadline for May 9, 2017); 108 (defendant Eastern Real Estate LLC's motion for summary judgment); 110 (defendant Tropicana's motion for summary judgment); 140 (plaintiff's opposition to both motions). I therefore will consider Tropicana's arguments in relation to the later motion.

Tropicana previously moved to seal portions of its first summary judgment motion. ECF No. 66. That motion was denied without prejudice. ECF No. 67. No further motion to seal was

---
[1] Some discovery disputes remain outstanding. *See* ECF Nos. 101, 102, 114, 127.

filed. If any party determines that any portion of the filing should remain sealed, that party must file a renewed motion to seal along with a proposed redacted version of the filing. Any motion to seal must set forth compelling reasons to support sealing those portions. If a motion to seal is not filed by any party within 20 days of the date of this order, defendant Tropicana's motion for summary judgment (ECF No. 63) shall be unsealed.

IT IS THEREFORE ORDERED that defendant Tropicana Las Vegas, Inc.'s motion for summary judgment **(ECF Nos. 63, 64) is DENIED as moot**.

IT IS FURTHER ORDERED that if any party determines that any portion of defendant Tropicana Las Vegas, Inc.'s motion for summary judgment (ECF No. 63) should remain sealed, that party must file a renewed motion to seal along with a proposed redacted version of the filing. Any motion to seal must set forth compelling reasons to support sealing those portions. If a motion to seal is not filed by any party within 20 days of the date of this order, defendant Tropicana Las Vegas, Inc.'s motion for summary judgment (ECF No. 63) shall be unsealed.

DATED this 6th day of July, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE