# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RKF RETAIL HOLDINGS, LLC, | Case No. 2:14-cv-01232-APG-GWF |
| Plaintiff, | Consolidated with: 2:15-cv-01446-APG-GWF |
| v. | |
| TROPICANA LAS VEGAS, INC., | **ORDER DIRECTING ECF NO. 63 BE UNSEALED** |
| Defendant. | |
| RKF RETAIL HOLDINGS, LLC, | |
| Plaintiff, | |
| v. | |
| EASTERN REAL ESTATE LLC, | |
| Defendant. | |

I previously entered an order that if a motion to seal was not filed by any party by July 26, 2017, then defendant Tropicana's motion for summary judgment (ECF No. 63) would be unsealed. ECF No. 141. No party moved to seal the motion.

IT IS THEREFORE ORDERED that the clerk of court shall UNSEAL defendant Tropicana Las Vegas, Inc.'s motion for summary judgment (ECF No. 63).

DATED this 2nd day of August, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE