MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
miltenbergerc@gtlaw.com
*Counsel for Defendant TROPICANA LAS VEGAS, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TROPICANA LAS VEGAS, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:14-cv-01232-APG-GWF<br><br>Consolidated with:<br>Case No. 2:15-cv-01446-APG-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SUBMIT PROPOSED JOINT PRETRIAL ORDER**<br><br>**(First Request)** |
| TROPICANA LAS VEGAS, INC., a Nevada corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company; DOES 1-5; and ROES 1-5, inclusive,<br><br>Counterdefendants. | |
| RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EASTERN REAL ESTATE, LLC, a Massachusetts limited-liability company,<br><br>Defendant. | |

*CHI 68825632v1*

1  Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, RKF Retail Holdings, LLC ("RKF") and Tropicana Las Vegas, Inc. ("Tropicana") agree and stipulate to extend the deadline to submit their proposed joint pretrial order by thirty (30) days, to February 12, 2018.

On December 13, 2017, the Court entered an order (ECF No. 169) granting Defendant Eastern Real Estate, LLC's ("Eastern") motion for summary judgment (ECF No. 108) and Tropicana's motion for summary judgment (ECF No. 110). The Court further ordered that the parties shall file a proposed joint pretrial order regarding Tropicana's counterclaims within thirty days of entry of the order, establishing a deadline of January 12, 2018.  Eastern is not a party to Tropicana's counterclaims.

In light of the recent order, preexisting professional conflicts, and the intervening holidays, counsel for Tropicana and RKF desire additional time to discuss the contents of a proposed joint pretrial order. Further, the parties desire additional time to discuss potential resolution of this matter in light of the order on the motions for summary judgment. If the parties are unable to reach a resolution within this time, they intend to file a proposed joint pretrial order on or before February 12, 2018.

This is the first stipulation for an extension of time to submit the proposed joint pretrial order.

///
///
///

CHI 68825632v1

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Based on the foregoing, the parties respectfully request that this Court enter an order extending the deadline for them to submit their proposed joint pretrial order to **February 12, 2018.**

DATED this 19th day of December, 2017.

    GREENBERG TRAURIG, LLP

By: */s/ Christopher R. Miltenberger*
    MARK E. FERRARIO
    Nevada Bar No. 1625
    CHRISTOPHER R. MILTENBERGER
    Nevada Bar No. 10153
    3773 Howard Hughes Pkwy., Suite 400 N
    Las Vegas, NV 89169
*Counsel for Tropicana Las Vegas, Inc.*

DATED this 19th day of December, 2017.

    KOLESAR & LEATHAM

By: */s/ Christopher R. Kenney*
    ROBERT J. CALDWELL
    Nevada Bar No. 007637
    400 S. Rampart Blvd., Suite 400
    Las Vegas, NV 89145

    CHRISTOPHER A. KENNEY (*pro hac vice*)
    ANTHONY L. DEPROSPO (*pro hac vice*)
    KENNEY & SAMS, P.C.
    225 Turnpike Rd.
    Southborough, MA 01772
*Counsel for Eastern Real Estate, LLC*

DATED this 19th day of December, 2017.

    CAMPBELL & WILLIAMS

By: */s/ Perry M. Amsellem*
    DONALD J. CAMPBELL
    Nevada Bar No. 1216
    J. COLBY WILLIAMS
    Nevada Bar No. 5549
    700 S. Seventh St.
    Las Vegas, NV 89101

    PERRY M. AMSELLEM (*pro hac vice*)
    ROSS M. BAGLEY (*pro hac vice*)
    PRYOR CASHMAN LLP
    7 Times Square
    New York, NY 10022
*Counsel for RKF Retail Holdings, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** December 20, 2017