MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
 miltenbergerc@gtlaw.com
*Counsel for Defendant TROPICANA LAS VEGAS, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company,<br><br>       Plaintiff,<br><br>vs.<br><br>TROPICANA LAS VEGAS, INC., a Nevada corporation,<br><br>       Defendant. | Case No. 2:14-cv-01232-APG-GWF<br><br>Consolidated with:<br>Case No. 2:15-cv-01446-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT OBJECTIONS OR RESPONSES TO BILLS OF COSTS**<br><br>**(First Request)** |
| TROPICANA LAS VEGAS, INC., a Nevada corporation,<br><br>       Counterclaimant,<br><br>vs.<br><br>RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company; DOES 1-5; and ROES 1-5, inclusive,<br><br>       Counterdefendants. | |
| RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company,<br><br>       Plaintiff,<br><br>vs.<br><br>EASTERN REAL ESTATE, LLC, a Massachusetts limited-liability company,<br><br>       Defendant. | |

*CHI 68870363v2*

1    Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, RKF Retail Holdings, LLC ("RKF"), Tropicana Las Vegas, Inc. ("Tropicana"), and Eastern Real Estate, LLC ("Eastern") agree and stipulate to extend the deadline for any party to submit objections or responses to the bill of costs filed by Tropicana and Eastern by twenty-one (21) days, to January 31, 2018.

On December 13, 2017, the Court entered an order (ECF No. 169) granting Defendant Eastern Real Estate, LLC's ("Eastern") motion for summary judgment (ECF No. 108) and Tropicana's motion for summary judgment (ECF No. 110).

On December 27, 2017, Eastern filed a bill of costs (the "Eastern Bill of Costs") (ECF No. 172). Also on December 27, 2017, Tropicana filed its own bill of costs (the "Tropicana Bill of Costs") (ECF No. 173). Any objections or responses to either the Eastern Bill of Costs or the Tropicana Bill of Costs are currently due on or before January 10, 2018. The parties have reached an agreement to resolve the above-captioned matter, but require additional time to document the settlement. As a result, the parties wish to extend the deadline for objections or responses to the bills of costs while they finalize their settlement.

This is the first stipulation for an extension of time of the deadline to serve any objections or responses to either the Eastern Bill of Costs or the Tropicana Bill of Costs.

///

///

///

CHI 68870363v2

Based on the foregoing, the parties respectfully request that this Court enter an order extending the deadline for any party to submit objections or responses to either the Eastern Bill of Costs or the Tropicana Bill of Costs to **January 31, 2018.**

DATED this 9th day of January, 2018.

GREENBERG TRAURIG, LLP

By: /s/ Christopher R. Miltenberger
MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
3773 Howard Hughes Pkwy., Suite 400 N
Las Vegas, NV 89169
*Counsel for Tropicana Las Vegas, Inc.*

DATED this 9th day of January, 2018.

KOLESAR & LEATHAM

By: /s/ Anthony L. Deprospo
ROBERT J. CALDWELL
Nevada Bar No. 007637
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145

CHRISTOPHER A. KENNEY (*pro hac vice*)
ANTHONY L. DEPROSPO (*pro hac vice*)
KENNEY & SAMS, P.C.
225 Turnpike Rd.
Southborough, MA 01772
*Counsel for Eastern Real Estate, LLC*

DATED this 9th day of January, 2018.

CAMPBELL & WILLIAMS

By: /s/ Ross M. Bagley
DONALD J. CAMPBELL
Nevada Bar No. 1216
J. COLBY WILLIAMS
Nevada Bar No. 5549
700 S. Seventh St.
Las Vegas, NV 89101

PERRY M. AMSELLEM (*pro hac vice*)
ROSS M. BAGLEY (*pro hac vice*)
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10022
*Counsel for RKF Retail Holdings, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 10, 2018.