MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
miltenbergerc@gtlaw.com
*Counsel for Defendant TROPICANA LAS VEGAS, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>TROPICANA LAS VEGAS, INC., a Nevada corporation,<br><br>    Defendant. | Case No. 2:14-cv-01232-APG-GWF<br><br>Consolidated with:<br>Case No. 2:15-cv-01446-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| TROPICANA LAS VEGAS, INC., a Nevada corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company; DOES 1-5; and ROES 1-5, inclusive,<br><br>    Counterdefendants. | |
| RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>EASTERN REAL ESTATE, LLC, a Massachusetts limited-liability company,<br><br>    Defendant. | |

CHI 68895128v2

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR IA 6-2, and LR 7-1, RKF Retail Holdings, LLC, Tropicana Las Vegas, Inc., and Eastern Real Estate, LLC, by and through their respective counsel, having reached an agreement to resolve all outstanding issues between them, hereby stipulate to DISMISS all claims and counterclaims in the above-captioned matter, WITH PREJUDICE. Each party shall bear its own respective costs, expenses and attorneys' fees. This stipulation may be executed in facsimile and in counterparts, which shall have the same effect as the original.

DATED this ___ day of January, 2018.

GREENBERG TRAURIG, LLP

By: _____
MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
3773 Howard Hughes Pkwy., Suite 400 N
Las Vegas, NV 89169
*Counsel for Tropicana Las Vegas, Inc.*

DATED this ___ day of January, 2018.

KOLESAR & LEATHAM

By: _____
ROBERT J. CALDWELL
Nevada Bar No. 007637
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145

CHRISTOPHER A. KENNEY (*pro hac vice*)
ANTHONY L. DEPROSPO (*pro hac vice*)
KENNEY & SAMS, P.C.
225 Turnpike Rd.
Southborough, MA 01772
*Counsel for Eastern Real Estate, LLC*

DATED this 25 day of January, 2018.

CAMPBELL & WILLIAMS

By: _____
DONALD J. CAMPBELL
Nevada Bar No. 1216
J. COLBY WILLIAMS
Nevada Bar No. 5549
700 S. Seventh St.
Las Vegas, NV 89101

PERRY M. AMSELLEM (*pro hac vice*)
ROSS M. BAGLEY (*pro hac vice*)
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10022
*Counsel for RKF Retail Holdings, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

**DATED:** January 30, 2018

Page 2 of 2

CHI 68895128v2

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR IA 6-2, and LR 7-1, RKF Retail Holdings, LLC, Tropicana Las Vegas, Inc., and Eastern Real Estate, LLC, by and through their respective counsel, having reached an agreement to resolve all outstanding issues between them, hereby stipulate to DISMISS all claims and counterclaims in the above-captioned matter, WITH PREJUDICE. Each party shall bear its own respective costs, expenses and attorneys' fees. This stipulation may be executed in facsimile and in counterparts, which shall have the same effect as the original.

DATED this ___ day of January, 2018.                    DATED this 25 day of January, 2018.

GREENBERG TRAURIG, LLP                                  CAMPBELL & WILLIAMS

By: _____                      By: _____
MARK E. FERRARIO                                        DONALD J. CAMPBELL
Nevada Bar No. 1625                                     Nevada Bar No. 1216
CHRISTOPHER R. MILTENBERGER                             J. COLBY WILLIAMS
Nevada Bar No. 10153                                    Nevada Bar No. 5549
3773 Howard Hughes Pkwy., Suite 400 N                   700 S. Seventh St.
Las Vegas, NV 89169                                     Las Vegas, NV 89101
*Counsel for Tropicana Las Vegas, Inc.*

DATED this 29th day of January, 2018.                   PERRY M. AMSELLEM (*pro hac vice*)
                                                        ROSS M. BAGLEY (*pro hac vice*)
                                                        PRYOR CASHMAN LLP
KOLESAR & LEATHAM                                       7 Times Square
                                                        New York, NY 10022
By: _____                      *Counsel for RKF Retail Holdings, LLC*
ROBERT J. CALDWELL
Nevada Bar No. 007637
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145

CHRISTOPHER A. KENNEY (*pro hac vice*)
ANTHONY L. DEPROSPO (*pro hac vice*)
KENNEY & SAMS, P.C.
225 Turnpike Rd.
Southborough, MA 01772
*Counsel for Eastern Real Estate, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

**DATED:** January 30, 2018

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002